**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANIE HARROD, and JOSH WHITTINGTON,<br><br>  Plaintiffs<br><br>v.<br><br>DURICK TOWING & RECOVERY, et al.,<br><br>  Defendants | Case No.: 3:26-cv-00132-MMD-CSD<br><br>**Order** |

  Plaintiffs initiated this action on February 23, 2026. On March 2, 2026, a letter from the court to Plaintiffs was returned as undeliverable. (*See* ECF Nos. 2, 3.) Pursuant to Local Rule IA 3-1, a party is required to immediately file with the court written notification of any change of mailing address, and a failure to do so could result in the dismissal of an action. Accordingly, Plaintiffs must update their address on or before April 2, 2026, or this action may be dismissed.

**IT IS SO ORDERED**.

Dated: March 3, 2026

_____
Craig S. Denney
United States Magistrate Judge